IN THE SUPREME COURT OF NORTH CAROLINA

No. 34A25

Filed 12 December 2025

STATE OF NORTH CAROLINA

v.

QUASHAUN MELSUN REEL


Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) from the decision of a divided panel of the Court of Appeals, 297 N.C. App. 205 (2024), affirming an order entered on 12 December 2022 by Judge William A. Wood in Superior Court, Guilford County. Heard in the Supreme Court on 4 November 2025.

*Jeff Jackson, Attorney General, by John A. Payne, Special Deputy Attorney General, for the State-appellee.*

*Glenn Gerding, Appellate Defender, by Jillian C. Franke, Assistant Appellate Defender, for defendant-appellant.*


PER CURIAM.

AFFIRMED.